# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NICKLAUS ROHDE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-1243-G |
| | ) |
| **STATE OF OKLAHOMA ex rel. THE BOARD OF REGENTS OF THE UNIVERSITY OF CENTRAL OKLAHOMA, a/k/a THE UNIVERSITY OF CENTRAL OKLAHOMA, an Oklahoma higher education institution, et al.,** | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 6) filed on January 4, 2021. The Motion seeks dismissal of Plaintiff's Complaint (Doc. No. 1). On January 25, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 7). Plaintiff's Amended Complaint supersedes the Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT.

IT IS SO ORDERED this 26th day of January, 2021.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge